United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alexander Needelman, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-22577-Civ-Scola |
| | ) |
| New River Hospitality Holdings, LLC, Defendant. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 8). The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida on July 27, 2018.

Robert N. Scola, Jr.
United States District Judge